US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

JAN 2 8 2025

Ronald E. Dowling
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 5:25cr50015 |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A)(viii) |
| MARCIUS HAYWOOD | ) | 21 U.S.C. § 841(b)(1)(B)(viii) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about December 2, 2024, in the Western District of Arkansas, Fayetteville Division, the Defendant, **MARCIUS HAYWOOD**, knowingly and intentionally distributed a controlled substance, namely, more than fifty (50) grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

### COUNT TWO

On or about December 4, 2024, in the Western District of Arkansas, Fayetteville Division, the Defendant, **MARCIUS HAYWOOD**, knowingly and intentionally distributed a controlled substance, namely, more than fifty (50) grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT THREE

On or about December 14, 2024, in the Western District of Arkansas, Fort Smith Division, the Defendant, **MARCIUS HAYWOOD** knowingly and intentionally possessed with intent to distribute a controlled substance, namely, more than five hundred (500) grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

A True Bill.

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

/s/ *Grand Jury Foreperson*
Grand Jury Foreperson

By: _____
HUNTER BRIDGES
Assistant U. S. Attorney
Bar No. 2012282
414 Parker Avenue
Fort Smith, AR  72901